AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUN 1 6 2015

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Sergio CEPEDA<br>(YOB: 1980)<br><br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No. M-15-0977-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 6, 2015__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Title 751(a) | Knowingly ESCAPE from federal custody, that is, GEO Mid-Valley Halfway House Edinburg, Texas, in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Southern District of Texas for the conviction of felon in possession of a firearm in and affecting interstate commerce. |

This criminal complaint is based on these facts:

See Attachement "A"

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Juan F. Lara Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __June 16, 2015  4:43pm__

_____
*Judge's signature*

City and state: __McAllen, Texas__

Peter E Ormsby
*Printed name and title*
U. S. Magistrate Judge

**Attachment "A"**

On July 30, 2013, Agents with the Texas Department of Public Safety arrested Sergio CEPEDA for the offense of Deadly Conduct/Discharge of a firearm, Texas Penal Code 22.05 (b) (1). On August 24, 2010, CEPEDA was indicted by the Bureau of Alcohol, Tobacco, Firearms and Explosives for Felon in possession of a firearm in and affecting interstate commerce, Title 18 U.S.C. 922(g) (1) and 924(a) (2).

On September 22, 2010, a Writ of Habeas Corpus ad Prosequendum was issued as to CEPEDA for initial appearance before U.S. Magistrate Judge Peter E. Ormsby on September 28, 2010. On April 12, 2011, CEPEDA pled guilty to the charge of Felon in possession of a firearm in and affecting interstate commerce. On February 1, 2012, in case number 7:10CR01232-001, CEPEDA was committed to the custody of the United States Bureau of Prisons for a total term of 70 months by Chief District Judge Ricardo H. Hinojosa.

On April 29, 2015, CEPEDA was designated to the Geo Group's (Mid-Valley House) in Edinburg, Texas to finish the remainder of his sentence which was to conclude on July 29, 2015.

On June 6, 2015 at 8:45 p.m., CEPEDA walk out of the Mid-Valley House without authorization and failed to return back. CEPEDA was placed on escape status and his whereabouts are still unknown.